

# THE ATTORNEY GENERAL
## OF TEXAS

### AUSTIN 11, TEXAS

GROVER SELLERS
~~WILL WILSON~~
~~XXXXXXXXXXXXXXX~~
ATTORNEY GENERAL

Honorable H. A. Hodges
County Auditor, Williamson County
Georgetown, Texas

Dear Sir:

            :    Opinion No. 0-7087
               Re:   If municipal bonds held by the
                      County Improvements Fund, are
                      sold, may the premium from such
                      bonds be invested in U. S.
                      Government Bonds?

We acknowledge receipt of your opinion request of recent date, and quote from letter, as follows:

> "This County's Permanent School Fund owns quite a lot of Municipal Bonds for which an offer of several hundred dollars premium has been made, if the sale is made the principal and the premium will be invested in U. S. Government Bonds, by the investing of the premium in bonds there will be good financial gain over the maturity of the bonds sold.
>
> "As the law directs the interest and lease money, except oil and mineral leases, be transferred to the State and County Available School Fund for apportionment to the various Common and Independent School Districts on a per capita scholastic basis it has occurred to me that premiums on bonds may be held as interest, if so the law would not permit the use of the premium to purchase additional bonds.
>
> "Kindly give me an opinion stating whether or not the Commissioners' Court would be authorized under the law to invest the premium of bonds sold in the purchase of bonds for the use and benefit of the County Permanent School Fund?"

The Attorney General's office held in Opinion Number 0-823, copy of which is enclosed, that profit derived from purchase, sale, and reinvestment of the cash in the Permanent School Fund of a county should become a part of the Available Fund (citing Art. 7, Section 6, Constitution of Texas).

In line with that opinion, we believe that the premium received from the sale of bonds held by the Permanent School Fund becomes a part of the Available Fund.

You are advised, therefore, that the Commissioners' Court would not be authorized under the law to invest the premium from bonds sold in the purchase of bonds for the use and benefit of the County Permanent School Fund.

Very truly yours,

ATTORNEY GENERAL OF TEXAS

s/ Claud O. Boothman


By
    Claud O. Boothman
        Assistant

COB: v/ldw

Enclosure 1

APPROVED FEB. 23, 1946
CARLOS C. ASHLEY
FIRST ASSISTANT
ATTORNEY GENERAL

APPROVED OPINION COMMITTEE
BY B. W. B.
CHAIRMAN